In the Matter of the Application of CLARENCE BERGEMANN and CHESTER CAMERDEN, Respondents, for a Certiorari Order against THE STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK and Others, Appellants.— Order granting certiorari order so that a determination of the defendant State Liquor Authority might be reviewed according to law and staying said Authority until the final determination of the certiorari proceedings modified by limiting the stay to thirty days as prescribed by section 121 of the Alcoholic Beverage Control Law, and as so modified affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements to the appellants. The court was without power to grant a stay for a period longer than that prescribed by the statute. (*Bertholf* v. *O'Reilly*, 74 N. Y. 509; *People ex rel. Crane* v. *Hahlo*, 228 id. 309.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES A. OSBORNE to Mandamus the Board of Education of the City of New York to Reinstate the Relator as Assistant to Principal in Charge with the Board of Education of the City of New York, and to Mandamus the Board of Education of the City of New York to Pay to the Relator All the Back Pay from the Time of the Dismissal to the Time of the Reinstatement. CHARLES A. OSBORNE, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— The appellant, who was dismissed from the position of assistant to the principal of a public school, moved for a mandamus order for the purpose of procuring his reinstatement with accrued salary. Order denying motion unanimously affirmed, with ten dollars costs and disbursements, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of TOWN OF OYSTER BAY, Respondent, for a Peremptory Order of Mandamus against THE VILLAGE OF MASSAPEQUA PARK and Others, Appellants.— Peremptory mandamus order directing the treasurer of the village of Massapequa to pay to the town of Oyster Bay, out of surplus funds, the sum of $5,977.56, with interest, being the unpaid balance of a judgment representing installments of interest on bonds issued for the Massapequa water district, and in the event of the non-existence of surplus funds, to include said sum in the annual budget for the year 1936–1937 and pay it, with interest, to the petitioner; and further directing the trustees of the village to include in the budgets for the coming years the amounts due or to become due during the period for which each budget is made up. Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.